UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| CHANELL WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2: 24-047-DCR |
| V. | ) ) ) | |
| ALCLEAR LLC, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Chanell Williams filed a Complaint against Defendant Alclear LLC on April 2, 2024. Because more than 90 days has passed since the Complaint was filed and there is no indication that Williams has served Alclear LLC pursuant to Rule 4 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** the plaintiff is directed to **SHOW CAUSE** within **14 days** why this action should not be dismissed for failure to prosecute.

Dated: July 5, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky