**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(COVINGTON)**

*\*ELECTRONICALLY FILED\**

| | |
|---|---|
| **CHANELL WILLIAMS** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 2:24-CV-47-DCR-3142 |
| ) | |
| **v.** ) | Judge _____ |
| ) | |
| **ALCLEAR, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan M. Martin of the law firm Jackson Lewis P.C. located at 201 East Fifth Street, 26th Floor, Cincinnati, OH 45202 hereby enters his appearance as counsel for Defendant AlClear, LLC, in the above-captioned case. Also take notice that Jesse K. Daley will serve as co-counsel. Please direct all correspondence, pleadings, and orders to the undersigned.

Respectfully submitted,

*/s/ Ryan Martin*
Ryan Martin (KBA 92619)
Jesse K. Daley (KBA 99308)
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. 5th Street
Cincinnati, Ohio 45202
Telephone (513) 898-0050
Facsimile (513) 898-0051
E-mail: *ryan.martin@jacksonlewis.com*
E-mail: *jesse.daley@jacksonlewis.com*

*Counsel for Defendant AlClear LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed with the Court's CM/ECF filing system on August 27, 2024, which automatically sends electronic notice to the following counsel of record:

Robert L. Thompson (0098126)
THOMPSON LEGAL LLC
10529 Timberwood Circle, Unit B
Louisville, Kentucky 40223
Robert@RthompsonLegal.com

*Counsel for Plaintiff*

              */s/ Ryan Martin*
              Ryan Martin

4894-0523-2861, v. 1