**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(COVINGTON)**

*\*ELECTRONICALLY FILED\**

| | |
|---|---|
| CHANELL WILLIAMS | ) |
| | ) |
|        **Plaintiff,** | ) Civil Action No. 2:24-CV-47-DCR |
| | ) |
|   **v.** | ) Judge Danny C. Reeves |
| | ) |
| ALCLEAR, LLC, | ) |
| | ) |
|        **Defendant.** | ) |
| | ) |
| | ) |

## RULE 7.1 DISCLOSURE STATEMENT OF ALCLEAR, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AlClear, LLC certifies as follows:

1. Defendant Alclear, LLC is a limited liability company whose sole member is Alclear Holdings, LLC.

2. Alclear Holdings, LLC's managing member and majority owner is Clear Secure, Inc., a publicly held corporation with no parent corporation.

3. No publicly held corporation owns ten percent (10%) or more of Clear Secure, Inc.'s stock.

                                                Respectfully submitted,

                                                */s/ Ryan Martin*
                                                Ryan Martin (KBA 92619)
                                                Jesse K. Daley (KBA 99308)
                                                JACKSON LEWIS P.C.
                                                PNC Center, 26th Floor
                                                201 E. 5th Street
                                                Cincinnati, Ohio 45202
                                                Telephone (513) 898-0050

Facsimile (513) 898-0051
E-mail: *ryan.martin@jacksonlewis.com*
E-mail: *jesse.daley@jacksonlewis.com*

*Counsel for Defendant Alclear LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing was filed with the Court's CM/ECF filing system on August 27, 2024, which automatically sends electronic notice to the following counsel of record:

Robert L. Thompson (0098126)
THOMPSON LEGAL LLC
10529 Timberwood Circle, Unit B
Louisville, Kentucky 40223
Robert@RthompsonLegal.com

*Counsel for Plaintiff*

                */s/ Ryan Martin*
                Ryan Martin

4896-1541-8073, v. 3