# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| **CHANELL WILLIAMS,** | * | Case No. 2:24-cv-00047-DCR |
| *Plaintiff,* | * | Judge Danny C. Reeves |
| v. | * | |
| **ALCLEAR LLC,** | * | |
| *Defendant.* | * | |

## RULE 26(f) REPORT OF THE PARTIES

Now come the parties to this case, by and through their respective counsel, and hereby jointly submit to the Court this Joint Discovery Plan. The parties conducted their discovery conference on October 17, 2024.

1.  <u>Brief Description of Facts and Issues</u>: Plaintiff is a former employee of Defendant. Plaintiff claims Defendant subjected her to sexual harassment, a hostile work environment, and retaliated against her. Defendant denies Plaintiff's allegations and states that Plaintiff was terminated for legitimate reasons.

2.  <u>Initial Disclosures</u>: The parties will complete by **October 17, 2024,** the initial disclosures required by Rule 26(a)(1).

3.  <u>Discovery Plan</u>. The parties propose the following discovery plan:

    a.  The parties will need to conduct discovery on all facts relating to Plaintiff's Complaint and the allegations therein, Defendant's Answer and defenses, alleged liability, and alleged damages.

1

      b.      The parties agree that to the extent there is any relevant ESI, it can be initially produced in the form most convenient for the producing party and need not be produced in native format unless there is a showing of particular need.  When hard copies or images are produced, the producing party will preserve the integrity of the electronic form of documents.

      c.      The parties do not currently anticipate the need for a protective order.  If the need arises, the parties will confer and attempt to agree to a joint proposed order before raising it with the Court.

      d.      The parties do not believe that discovery should proceed in phases.  The parties recommend **July 31, 2025,** as the deadline for completing discovery.

      e.      The parties do not anticipate needing any changes to the limits placed on discovery by the Federal and Local Rules.

      f.      The parties recommend **November 22, 2024,** as the deadline for making primary expert designations and exchanging primary expert reports, and **January 10, 2025,** as the deadline for making rebuttal expert designations and exchanging rebuttal expert reports.

4.      Other Items:

      a.      The parties request that the pretrial conference occur **30 days** prior to trial.

      b.      The parties recommend **November 8, 2024,** as the deadline for either party to move to amend pleadings or join parties.

      c.      The parties recommend **September 5, 2025,** as the deadline to file any dispositive motions.

      d.      The parties are current engaging in informal settlement discussions and will let the Court know of assistance may be needed.

      e.      The parties recommend that Rule 26(a)(3) witness lists, designations of

witnesses whose testimony will be presented by deposition, and exhibit lists be due **21 days** prior to the start of trial.

        f.        The parties recommend that any objections under Rule 26(a)(3) be due **14 days** prior to the start of trial.

        g.        The parties estimate that the probable length of trial is **4-5 days**. The parties request that the Court defer setting a date for trial until after the resolution of any dispositive motions.

    5.    The parties **do not** unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

Respectfully submitted,

| | |
|---|---|
| /s/ *Robert L. Thompson (per authorization)* | /s/ *Ryan M. Martin* |
| Robert L. Thompson (KBA 0098791) | Ryan M. Martin (KBA 0092619) |
| THOMPSON LEGAL LLC | Jesse K. Daley (KBA 0099308) |
| 10529 Timberwood Circle, Unit B | JACKSON LEWIS P.C. |
| Louisville. Kentucky 40223 | PNC Center, 26th Floor |
| Telephone (502) 233-2121 | 201 E. 5th Street |
| Facsimile (502) 438-9999 | Cincinnati, Ohio 45202 |
| Robert@RthompsonLegal.com | Telephone (513) 898-0050 |
| | Facsimile (513) 898-0051 |
| *Counsel for Plaintiff* | E-mail ryan.martin@jacksonlewis.com |
| | Email  jesse.daley@jacksonlewis.com |
| | *Counsel for Defendant* |

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2024, the foregoing was electronically filed with the CM/ECF system, which will serve electronic notice on the following counsel of record:

Robert L. Thompson (KBA 0098791)
THOMPSON LEGAL LLC
10529 Timberwood Circle, Unit B
Louisville. Kentucky 40223
Telephone (502) 233-2121
Facsimile (502) 438-9999
Robert@RthompsonLegal.com

*Counsel for Plaintiff*

                                                   /s/ *Ryan M. Martin*
                                                   Ryan M. Martin

4873-8271-7166, v. 1