# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# (COVINGTON)

*\*ELECTRONICALLY FILED\**

| | |
|---|---|
| **CHANELL WILLIAMS** | ) |
| **Plaintiff,** | ) Civil Action No. 2:24-cv-00047-DCR-CJS |
| v. | ) Judge Danny C. Reeves |
| **ALCLEAR LLC,** | ) |
| **Defendant.** | ) |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Chanell Williams and Defendant Alclear LLC hereby give notice that all of the claims against Defendant in this matter are voluntarily dismissed with prejudice, each party to bear its own attorney fees and costs.

                                                                                     Respectfully submitted,

| | |
|---|---|
| /s/ *Robert L. Thompson* (via email auth.) | */s/ Ryan M. Martin* |
| Robert L. Thompson (KBA 98126) | Ryan M. Martin (KBA 92619) |
| THOMPSON LEGAL LLC | Jesse K. Daley (KBA 99308) |
| 10529 Timberwood Circle, Unit B | JACKSON LEWIS P.C. |
| Louisville, Kentucky 40223 | PNC Center, 26th Floor |
| P: 513-780-5985 | 201 E. 5th Street |
| F: 513-780-5988 | Cincinnati, Ohio 45202 |
| Robert@RthompsonLegal.com | Telephone (513) 898-0050 |
| | Facsimile (513) 898-0051 |
| *Counsel for Plaintiff* | E-mail: ryan.martin@jacksonlewis.com |
| | E-mail: jesse.daley@jacksonlewis.com |
| | |
| | *Counsel for Defendant Alclear LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's CM/ECF filing system on December 16, 2024, which automatically sends electronic notice to the following counsel of record:

Robert L. Thompson (0098126)
THOMPSON LEGAL LLC
10529 Timberwood Circle, Unit B
Louisville, Kentucky 40223
Robert@RthompsonLegal.com

*Counsel for Plaintiff*

                */s/ Ryan M. Martin*
                Ryan M. Martin

4915-8532-5317, v. 1