UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| CHANELL WILLIAMS, | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-047-DCR |
| V. | ) | |
| ALCLEAR LLC, | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a Stipulation of Dismissal with Prejudice, and Court being sufficiently advised, it is hereby

**ORDERED** as follows

1. The claims asserted in this action by Plaintiff Chanell Williams against Defendant Alclear LLC are **DISMISSED** with prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. The parties shall bear their respective costs, fees and expenses.

Dated: December 17, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky